UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21233-CIV-ALTONAGA/Simonton

**RAY WILLIAMS, LUIS JUAREZ,** and
**MIGDALIAH JUAREZ,** on behalf of
themselves and all others similarly situated,

        Plaintiffs,

vs.

**WELLS FARGO FINANCIAL SERVICES INC.**;
*et al.*,

        Defendants.
_____/

**ORDER**

        **THIS CAUSE** came before the Court for a hearing on August 5, 2011. For the reasons stated in open court, it is

        **ORDERED AND ADJUDGED** as follows:

        1.     Defendants' Motions to Dismiss **[ECF Nos. 30, 31]** are **DENIED**.

        2.     Plaintiffs' Motion for a Brief Extension of Two Pretrial Deadlines **[ECF No. 38]** is **DENIED**.

        3.     The parties are to submit an amended joint scheduling report by **August 10, 2011**.

        **DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of August, 2011.

                                            */s/ Cecilia M. Altonaga*
                                            **CECILIA M. ALTONAGA**
                                            **UNITED STATES DISTRICT JUDGE**

cc: counsel of record