UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21233-CIV-ALTONAGA/Simonton

**RAY WILLIAMS, LUIS JUAREZ,** and
**MIGDALIAH JUAREZ,** on behalf of
themselves and all others similarly situated,

        Plaintiffs,

vs.

**WELLS FARGO BANK N.A.,** *et al.*,

        Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Wells Fargo Bank, N.A.'s ("Wells Fargo Bank['s]") Motion to Amend its Motion to Dismiss ("Motion") [ECF No. 56], filed on September 6, 2011. The Court being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 56]** is **GRANTED**. Defendant Wells Fargo Bank's Motion to Dismiss Plaintiffs' Amended Complaint **[ECF No. 53]** is **DENIED**. Wells Fargo Bank shall file its amended motion to dismiss on or before **September 12, 2011**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of September, 2011.

                                              _____
                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc: counsel of record