UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO. 11-21233-CIV-ALTONAGA/Simonton

RAY WILLIAMS; LUIS JUAREZ;
and MIGDALIAH JUAREZ, on behalf of
themselves and all others similarly situated,

        Plaintiffs,

v.

WELLS FARGO BANK, N.A.;
WELLS FARGO INSURANCE, INC.;
QBE SPECIALTY INSURANCE CO.;
STERLING NATIONAL INSURANCE AGENCY, INC.
(n/k/a QBE FIRST INSURANCE AGENCY, INC.),

        Defendants.
_____/

**CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT
FOR DEFENDANT QBE SPECIALTY INSURANCE COMPANY**

      The undersigned, counsel of record for Defendants QBE Specialty Insurance Company certifies that the following list of persons, associated persons, firms, partnerships, and corporations have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities:

      QBE Seguros SA is the immediate corporate parent of QBE Specialty Insurance Corporation. QBE Holdings, Inc. and QBE Insurance Group Limited are the corporate parents of QBE Seguros SA. QBE Insurance Group Limited is a Group Holding Company listed on the Australian Securities Exchange. The substantial shareholders of QBE Insurance Group Limited, as at January 31, 2011, are: Aberdeen Asset Management Asia Limited (and its associates),

Credit Suisse Holdings (Australia) Limited (on behalf of Credit Suisse AG and its affiliates), and

Commonwealth Bank of Australia and its subsidiaries.

                                         Respectfully submitted,

Dated:   September 12, 2011          s/ William S. Berk
                                         William S. Berk (Bar # 349828)
                                         wberk@berklawfirm.com
                                         **Berk, Merchant & Sims, PLC**
                                         2 Alhambra Plaza, Suite 700
                                         Miami, FL 33134
                                         Telephone: (786) 338-2851
                                         Facsimile: (786) 364-1814

                                         Andrew L. Sandler (*pro hac vice*)
                                         asandler@buckleysandler.com
                                         Robyn C. Quattrone (*pro hac vice*)
                                         rquattrone@buckleysandler.com
                                         Jennifer A. Slagle Peck (*pro hac vice*)
                                         jslaglepeck@buckleysandler.com
                                         **BuckleySandler LLP**
                                         1250 24th Street, NW, Suite 700
                                         Washington, DC 20037
                                         Telephone: (202) 349-8000
                                         Facsimile: (202) 349-8080

                                         *Attorneys for Defendants QBE Specialty*
                                         *Insurance Corporation and QBE FIRST*
                                         *Insurance Agency, Inc. (f/k/a Sterling*
                                         *National Insurance Agency Inc.)*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

 s/ William Xanttopoulos
William Xanttopoulos

## SERVICE LIST

| | |
|---|---|
| Lance August Harke, Esq.<br>lharke@harkeclasby.com<br>Howard Mitchell Bushman, Esq.<br>hbushman@harkeclasby.com<br>**Harke Clasby & Bushman, LLP**<br>9699 NE Second Avenue<br>Miami Shores, FL 33138<br>Tel: 305-536-8220<br>Fax: 305-536-8229<br>*Counsel for Plaintiffs*<br><br>By Notice of Electronic Filing | Adam M. Moskowitz, Esq.<br>amm@kttlaw.com<br>Thomas A. Tucker Ronzetti, Esq.<br>tr@kttlaw.com<br>Robert Neary, Esq.<br>rn@kttlaw.com<br>**Kozyak Tropin & Throckmorton, P.A.**<br>2525 Ponce de Leon Boulevard, 9th Floor<br>Coral Gables, FL 33134<br>Tel: 305-372-1800<br>Fax: 305-372-3508<br>*Counsel for Plaintiffs*<br><br>By Notice of Electronic Filing |

| | |
|---|---|
| Jeffrey N. Golant, Esq.<br>jgolant@aol.com<br>1000 W. McNab Road, Suite 150<br>Pompano Beach, FL 33069<br>Tel: 954-942-5270<br>Fax: 954-942-5272<br>*Counsel for Plaintiffs*<br><br>By Notice of Electronic Filing | Mary Kestenbaum Fortson, Esq.<br>mkestenbaum@merlinlawgroup.com<br>Sean Michael Shaw, Esq.<br>sshaw@merlinlawgroup.com<br>William F. Merlin, Jr., Esq.<br>cmerlin@merlinlawgroup.com<br>**Merlin Law Group**<br>777 S. Harbour Island Boulevard, Suite 950<br>Tampa, FL 33602<br>Tel: 813-229-1000<br>Fax: 813-229-3692<br>*Counsel for Plaintiffs*<br><br>By Notice of Electronic Filing |
| Michael Keith Winston, Esq.<br>mwinston@carltonfields.com<br>David B. Esau, Esq.<br>desau@carltonfields.com<br>**Carlton Fields PA**<br>CityPlace Tower, Suite 1200<br>525 Okeechobee Boulevard<br>West Palm Beach, FL 33401<br>Tel: 561-659-7070<br>Fax: 561-659-7368<br>*Counsel for Defendant Wells Fargo Insurance and Wells Fargo Bank, N.A.*<br><br>By Notice of Electronic Filing | William S. Berk, Esq.<br>wberk@berklawfirm.com<br>William Xanttopoulos, Esq.<br>william@wxlaw.net<br>**Berk, Merchant & Sims, PLC**<br>2 Alhambra Plaza, Suite 700<br>Coral Gables, FL 33134<br>Tel: 786-338-2900<br>Fax: 786-338-2888<br>*Counsel for Defendants QBE Specialty Insurance Company and QBE FIRST Insurance Agency, Inc. (f/k/a Sterling National Insurance Agency, Inc.)*<br><br>By Notice of Electronic Filing |

5

| | |
|---|---|
| Andrew L. Sandler, Esq. (*pro hac vice*)<br>asandler@buckleysandler.com<br>Robyn C. Quattrone, Esq. (*pro hac vice*)<br>rquattone@buckleysandler.com<br>Jennifer A. Slagle Peck, Esq. (*pro hac vice*)<br>jslaglepeck@buckleysandler.com<br>**BuckleySandler LLP**<br>1250 24th Street, NW, Suite 700<br>Washington, DC 20037<br>Tel: 202-349-8000<br>Fax: 202-349-8080<br>*Counsel for Defendants QBE Specialty Insurance Company and QBE FIRST Insurance Agency, Inc. (f/k/a Sterling National Insurance Agency, Inc.)*<br><br>By Notice of Electronic Filing | |