# RULE 23

1. NUMEROSITY
2. ADEQUACY
3. TYPICALITY
4. COMMONALITY
5. PREDOMINANCE

# WHAT IS THIS CASE ABOUT

Plaintiffs are not challenging the bank's right to impose force placed insurance policies.

Instead, the issue is whether the Defendants  have been unjustly enriched by manipulating the force-placed insurance process so as to obtain kickbacks and commissions and whether by doing so, they have violated their duty of good faith and fair dealing under the contracts.

# PROPOSED CLASS

All borrowers that had mortgages with and/or serviced by Wells Fargo Bank, on property located within the State of Florida, that were charged premiums for a force-placed insurance policy within the applicable statute of limitations through April 7, 2011 (the "Class Period").

# THREE CLAIMS UNDER FLORIDA LAW

1. Breach of Implied Covenant of Good Faith and Fair Dealing (WELLS FARGO)

2. Unjust Enrichment

3. Tortious Interference with Business Relationship  (QBE)

# RULE 23

## 1. NUMEROSITY

# QBE AND WELLS FARGO IN FLORIDA

| Policies Issued | 2009 | 2010 | 2011 | Total |
|---|---|---|---|---|
| FPI Hazard | 1,177 | 8,567 | 6,275 | 16,019 |
| FPI Flood | 776 | 3,860 | 1,541 | 6,177 |
| FPI Wind Only | 130 | 272 | 55 | 457 |
| FPI Total | 2,083 | 12,699 | 7,871 | 22,653 |

| Premium $ | 2009 | 2010 | 2011 | Total |
|---|---|---|---|---|
| FPI Hazard | $3,617,179 | $25,490,265 | $15,194,240 | $44,301,683 |
| FPI Flood | $628,983 | $3,660,746 | $1,486,345 | $5,776,074 |
| FPI Wind Only | $478,463 | $1,023,994 | $173,379 | $1,675,836 |
| FPI Total | $4,724,624 | $30,175,005 | $16,853,964 | $51,753,593 |

# RULE 23

1. NUMEROSITY
2. **ADEQUACY**

# THE CLASS REPRESENTATIVES

## Mr. Ray Williams
- Electrician
- Customer of the banks for over 40 years
- Insurance lapsed for 29 days with no claim
- Charged $1,743 for the lapsed period
- Provided full day deposition and all documents

## Dr. Luis Juarez
- Surgeon
- Charged $25,000 for premium
- Continues to pay the exorbitant premium
- Provided full day deposition and all documents

# RULE 23

1. NUMEROSITY
2. ADEQUACY
3. **TYPICALITY**

## Reinstatements

**Overview**

A *reinstatement* notice is sent when the carrier resumes coverage under the same policy number after sending a cancellation. Reinstatements notify QBE FIRST that the policy coverage has resumed.

**Determining a Lapse**

One of the most important items to determine when processing a reinstatement is whether there has been a lapse in coverage. A *lapse* is a period of one or more days between the date the policy was cancelled and the date the policy was reinstated, during which the borrower had no insurance. A Lender Placed cycle will automatically begin for any period of time during which a lapse occurred.

Lapses are usually stated plainly on the reinstatement notice:

- There has been a lapse in coverage from January 20th, 2005 to February 15th 2005.
- Reinstated with Lapse

---

**A Lender Placed cycle will automatically begin for any period of time during which a lapse occurred.**

---

| Policy Status | Select Reinstatement | |
|---|---|---|
| Rein Date | | |

| If... | Then... |
|---|---|
| Your work item lists a reinstatement date | Type the date |
| Your work item does *not* list a reinstatement date | Leave this field blank. |

| Lapse | Determine whether or not there is a lapse in coverage. Use the logic table below to determine how to complete the **Lapse** Field. |
|---|---|

| Lapse in coverage? | Action |
|---|---|
| No | Type N |
| Yes | Type Y |

**Reinstatements with a Balance Due or Paid Receipt**

If the reinstatement shows a balance due or if it is accompanied by a paid receipt,
- Process the work item as a Reinstatement.

CONFIDENTIAL DOCUMENT – DO NOT DUPLICATE OR FURTHER DISTRIBUTE
© 2011, QBE Financial Institution Risk Services, Inc. All rights reserved.

Created on { CREATEDATE \@ "M/d/yyyy h:mm:ss am/pm" }          { FILENAME }
Page 1 of 1

CONFIDENTIAL, Subject to Protective Order                                    QBE-0001-0001964

# PLAINTIFFS

# FORM

Wells Fargo Home Mortgage #708
P.O. Box 23030, Jacksonville, FL 32241-3030
800-552-2961

WELLS HOME
FARGO MORTGAGE



LUIS JUAREZ
MIGDALIA JUAREZ
6865 GLEN EAGLE DR
MIAMI LAKES FL 33014

NOTICE OF HAZARD INSURANCE PLACED
BY LENDER

NOTIFICATION DATE:
05/10/10

LOAN NUMBER:
3388730-708

| Insurance Effective Date:<br>03/03/09 | Property Address:<br>6865 GLEN EAGLE DRIV<br>MIAMI LAKES FL 33014 |
|---|---|

Enclosed is an insurance policy we have obtained in accordance with the terms of your mortgage documents and/or Deed of Trust. Your house is now insured by QBE Specialty Insurance Company. The annual premium is shown on the policy. The premium is being charged to your escrow account. If you do not have an escrow account, one is being established for you. Your monthly mortgage payment will be increased to include the cost of this policy.

In the mortgage documents you signed, you agreed to keep insurance on your house. Failure to do so is a breach of the requirements of your mortgage. We obtained this policy for you because we did not receive proof that you have obtained insurance.

Any policy we purchase on your behalf may be cancelled at any time by giving us proof of other insurance. You will then be charged only for the days that this policy was needed. Any unused premium will be refunded to your escrow account.

This policy may be cancelled at any time by giving us proof of other acceptable insurance. You have the right to purchase coverage from the insurance company of your choice. Please contact your agent or insurance company and purchase coverage. If you have already obtained coverage, request proof of coverage and send it to us at the address shown below or fax it to 1-904-732-7786. Please be sure your policy includes a Mortgagee Clause or Lenders Loss Payable Endorsement made out to:

WELLS FARGO BANK NA #708
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 23030
JACKSONVILLE FL 32241-3030
Loan Number: 3388730-708

Upon receipt of proof of coverage, this policy will be cancelled. You will be charged only for the days that this policy was needed. Any unused premium will be refunded to your escrow account.

Continued on Back

WMPOLH01 04/05/10

QBE-0001-0002640

---

Wells Fargo Home Mortgage #708
P.O. Box 23030, Jacksonville, FL 32241-3030
800-552-2961

WELLS HOME
FARGO MORTGAGE

CL1982/7881123456788812345678881234567801123456
*VR21 BORROWER/MAILING NAME
*VR22 MAILING ADDRESS LINE 1
*VR23 MAILING ADDRESS LINE 2
*VR24 MAILING ADDRESS LINE 3
*VR25 MAILING ADDRESS LINE 4
*VR26 MAILING ADDRESS LINE 5

NOTICE OF HAZARD INSURANCE PLACED
BY LENDER

NOTIFICATION DATE:
xx/VR/04

LOAN NUMBER:
[VR11 Loan Nbr]-[BRH]

| Insurance Effective Date:<br>xV/38/Ax | Property Address:<br>[VR18 PROPERTY ADDRESS LINE 1]<br>[VR19 PROPERTY ADDRESS LINE 2]<br>[VR20 PROPERTY ADDRESS LINE 3] |
|---|---|

Enclosed is an insurance policy we have obtained in accordance with the terms of your mortgage documents and/or Deed of Trust. Your house is now insured by [VR92 Carrier Name xxxxxx xxxxxx xxx]. The annual premium is shown on the policy. The premium is being charged to your escrow account. If you do not have an escrow account, one is being established for you. Your monthly mortgage payment will be increased to include the cost of this policy.

In the mortgage documents you signed, you agreed to keep insurance on your [Prop Type]. Failure to do so is a breach of the requirements of your mortgage. We obtained this policy for you because we did not receive proof that you have obtained insurance.

Any policy we purchase on your behalf may be cancelled at any time by giving us proof of other insurance. You will then be charged only for the days that this policy was needed. Any unused premium will be refunded to your escrow account.

This policy may be cancelled at any time by giving us proof of other acceptable insurance. You have the right to purchase coverage from the insurance company of your choice. Please contact your agent or insurance company and purchase coverage. If you have already obtained coverage, request proof of coverage and send it to us at the address shown below or fax it to [1-Fax-Num-VR81]. Please be sure your policy includes a Mortgagee Clause or Lenders Loss Payable Endorsement made out to:

[VR28 MORTGAGEE NAME CL. LN 1]
[VR29 MORTGAGEE CLAUSE LINE 2]
[VR30 MORTGAGEE CLAUSE LINE 3]
[VR31 MORTGAGEE CLAUSE LINE 4]
Loan Number: [VR11 Loan Nbr]-[BRH]

Upon receipt of proof of coverage, this policy will be cancelled. You will be charged only for the days that this policy was needed. Any unused premium will be refunded to your escrow account.

Continued on Back

WMPOLH01 04/05/10

CONFIDENTIAL, Subject to Protective Order

QBE-0001-0004612

# PLAINTIFFS

# FORM

## Left Form

*VR92 Carrier Name xxxxxx xxxxxx xxx%o
*VR93 Carrier Address Line 1 xxxxxxx%o
*VR94 Carrier Address Line 2 xxxxxxx%o
Home Office: c/o xxxxxxxxxx
    xxxx xxxxxxxxx
    xxxxxxx, xx xxxxx

Toll Free Customer Service: (1-cst-srv-vr50)
*VR31 MORTGAGEE CLAUSE LINE 4 , *VR32
MORTGAGEE CLAUSE LINE 5

### 90-DAY BINDER

LOAN NUMBER: (VR11 Loan Nbr)

NOTIFICATION DATE: xx/VR/04

ADDITIONAL NAMED INSURED
(VR21 BORROWER/MAILING NAME)
(VR22 MAILING ADDRESS LINE 1)
(VR23 MAILING ADDRESS LINE 2)
(VR24 MAILING ADDRESS LINE 3)
(VR25 MAILING ADDRESS LINE 4)
(VR26 MAILING ADDRESS LINE 5)

NAMED INSURED MORTGAGEE
(VR28 MORTGAGEE NAME CL. LN 1)
(VR29 MORTGAGEE CLAUSE LINE 2)
(VR30 MORTGAGEE CLAUSE LINE 3)
(VR31 MORTGAGEE CLAUSE LINE 4)
(VR32 MORTGAGEE CLAUSE LINE 5)

| BINDER NUMBER *VR35 BND/POL# | Dwelling | $ *VR42 | $ *VR44 |
|---|---|---|---|
| POLICY TERM: | | | |
| FROM xV/38/Ax  TO xV/38/Cx | Deductible - per loss occurrence | | |
| ☐NOON  ☒12:01am | Hurricane *VR49 LP Wind Deductible xxxxxxxxxxxxxxxx | | |
| | Property is VACANT at time of loss  $ *VR41 | | |
| BINDER IS EFFECTIVE FOR 90 DAYS FROM THE EFFECTIVE DATE SHOWN ABOVE | Vandalism & Malicious Mischief  $ *VR48 | | |
| | All Other covered Losses  $ *VR40 | | |

| PROPERTY LOCATION | VR74D State Tax Desc. | VR74P | $ | VR74 |
|---|---|---|---|---|
| *VR18 PROPERTY ADDRESS LINE 1 | VR75D Text Varies Per St. | VR75P | $ | VR75 |
| *VR19 PROPERTY ADDRESS LINE 2 | VR46D State Surcharge Desc. | VR46P | $ | VR46 |
| *VR20 PROPERTY ADDRESS LINE 3 | VR96D State Charge Desc 4 | VR96P | $ | VR96 |
| | VR97D State Charge Desc 5 | VR97P | $ | VR97 |
| | VR98D State Charge Desc 6 | VR98P | $ | VR98 |
| | VR99D State Charge Desc 7 | VR99P | $ | VR99 |
| | TOTAL CHARGES | | $ | *VR47 |

**IMPORTANT NOTICE:**

This binder covers the residence only.

THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.

For Customer Service questions, please call our toll free Customer Service Number at: (1-cst-srv-vr50)

To report a CLAIM, please contact our Claim Department at: 1-800-824-8562
or, you may report a new claim using our website at www.rcsclaims.com

Countersignature: Michael C. Seminario

Producing Agent:
Michael C. Seminario, License Number A238341
ZC Sterling Insurance Agency, Inc.
8655 Baypine Road, Building 6
Jacksonville, FL 32256-7309

Surplus Lines Agent:
Michael C. Seminario, License Number A238341
8655 Baypine Road, Building 6
Jacksonville, FL 32256-7309

RP1385110109

Page 1 of 2

CONFIDENTIAL, Subject to Protective Order

QBE-0001-0004051

## Right Form

QBE Specialty Insurance Company
88 Pine Street, 16th Floor
New York, NY 10005
Home Office: c/o CT Corporation
    314 East Thayer Avenue
    Bismarck, ND 58501-4018

Toll Free Customer Service: 1-800-552-2961
PO BOX 23030, JACKSONVILLE FL 32241-3030

### 90-DAY BINDER

LOAN NUMBER: 3388730

NOTIFICATION DATE: 03/31/10

ADDITIONAL NAMED INSURED
LUIS JUAREZ
MIGDALIA JUAREZ
6865 GLEN EAGLE DR
MIAMI LAKES FL 33014

NAMED INSURED MORTGAGEE
WELLS FARGO BANK NA #708
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 23030
JACKSONVILLE FL 32241-3030

| BINDER NUMBER BFI001820424 | Dwelling | $ 453,600 | $ 23,088.24 |
|---|---|---|---|
| POLICY TERM: | | | |
| FROM 03/03/09  TO 03/03/10 | Deductible - per loss occurrence | | |
| ☐NOON  ☒12:01am | Hurricane Greater Of $2,000 Or 2% Of Coverage Amount | | |
| | Property is VACANT at time of loss  $ 1,000 | | |
| BINDER IS EFFECTIVE FOR 90 DAYS FROM THE EFFECTIVE DATE SHOWN ABOVE | Vandalism & Malicious Mischief  $ 1,000 | | |
| | All Other covered Losses  $ 500 | | |

| PROPERTY LOCATION | SURPLUS LINES TAX | 5.00 % | $ | 1,154.41 |
|---|---|---|---|---|
| 6865 GLEN EAGLE DRIV | SERVICE FEE | 0.10 % | $ | 23.09 |
| MIAMI LAKES FL 33014 | FHCF ASSESSMENT | 1.00 % | $ | 230.88 |
| | CITIZENS EMRG ASSMNT FEE | 1.40 % | $ | 323.24 |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | TOTAL CHARGES | | $ | 24,819.86 |

**IMPORTANT NOTICE:**

This binder covers the residence only.

THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.

For Customer Service questions, please call our toll free Customer Service Number at: 1-800-552-2961

To report a CLAIM, please contact our Claim Department at: 1-800-824-8562
or, you may report a new claim using our website at www.sterlingnationalcorp.com

Countersignature: Michael C. Seminario

Producing Agent:
Michael C. Seminario, License Number A238341
ZC Sterling Insurance Agency, Inc.
8655 Baypine Road, Building 6
Jacksonville, FL 32256-7309

Surplus Lines Agent:
Michael C. Seminario, License Number A238341
8655 Baypine Road, Building 6
Jacksonville, FL 32256-7309

RP1385 0109

Page 1 of 2

CTRLNUM-SEQNUM00-0000008

QBE-0001-0002637

# RULE 23

1. NUMEROSITY
2. ADEQUACY
3. TYPICALITY
4. **COMMONALITY**

# COMMONALITY



**BANK**

**WELLS FARGO**

FPI PREMIUM →

**Retains 40%**

**QBE FIRST**

60% **PREMIUM** →



**QBE SPECIALTY**

**11%**

PREMIUM ↓

**WELLS FARGO**

**INSURANCE**

FPI PREMIUM



**BORROWER**

**7.6%** of Premiums paid in claims in FL 2005-2011

# 2 PARTS OF THE CLASS DAMAGES

1. Return of unreasonable kickbacks and commissions

   - 40% kickback taken from all class members

2. Return of excessive premiums charged

   - 7.6% Loss Ratio paid for claims to all class members

# COMMONALITY

|  | _STANDARDS_ | _QBE/WF_ |
|---|:---:|:---:|
| _COMMISSIONS/ KICKBACKS_ | **20%** | **40%** |
| _LOSS RATIO_ | **60%** | **7.6%** |

**EXHIBIT A**

Draft 6/3/96

Adopted by Credit Insurance (EX) Committee

## CREDITOR-PLACED INSURANCE MODEL ACT

**Table of Contents**

Section 1.    Purpose
Section 2.    Scope
Section 3.    Definitions
Section 4.    Term of Insurance Policy
Section 5.    Calculation and Payment of Premiums
Section 6.    Prohibited Coverages
Section 7.    Evidence of Coverage
Section 8.    Filing, Approval and Withdrawal of Forms and Rates
Section 9.    Refund of Unearned Premiums

E. An insurer that pays commissions to producers for creditor-placed insurance that are greater than twenty percent (20%) of the net written premium shall be required to demonstrate the commissions are not unreasonably high in relation to the value of the services rendered.

C.    Help maintain the separation between creditors and insurers; and

D.    Minimize the possibilities of unfair competitive practices in the sale of creditor-

# COMMONALITY

**EXHIBIT A**

Draft 6/3/96

Adopted by Credit Insurance (EX) Committee

## CREDITOR-PLACED INSURANCE MODEL ACT

**Table of Contents**

| | |
|---|---|
| Section 1. | Purpose |
| Section 2. | Scope |
| Section 3. | Definitions |
| Section 4. | Term of Insurance Policy |
| Section 5. | Calculation and Payment of Premiums |
| Section 6. | Prohibited Coverages |
| Section 7. | Evidence of Coverage |
| Section 8. | Filing, Approval and Withdrawal of Forms and Rates |
| Section 9. | Refund of Unearned Premiums |
| Section 10. | Claims |

E. ... A premium rate or schedule of premium rates shall be presumed to be reasonable for purposes of this section if the rate ... may reasonably be expected to produce a loss ratio of sixty percent (60%) or greater. ...

in this state;

C.    Help maintain the separation between creditors and insurers; and

D.    Minimize the possibilities of unfair competitive practices in the sale of creditor-

# COMMONALITY

## TO THE PUBLIC: FPI RATES ARE ACTUARIALLY BASED

Ms. Camley Delach (QBE actuary)

- Works alone from her home in Philadelphia

- 1999-2006: QBE used "Me Too" rates (this means to simply copy) from Assurant

- 2006: Chapman told me take Citizens' rates for "Full Policy" and multiply by 20% for FPI rates

- Considered reducing Citizens' rate by 20% (because less coverage) but not involved in decision

- No "actuary work" ever performed for any of the premiums charged to individual class members

# MS. DELACH'S CHART ON SETTING ALL RATES

## PROPOSED    FPI RATES

| Citizens HO3 $500 Rate | Citizens $500 A&B Rate | Minimum $500 Base Rate |
|---|---|---|
| $ 4.24 | $ 3.39 | $ 5.09 |
| REDUCE BY 20% | MULTIPLY BY 20% | |

| County | City | ZIP | Coastal Yes =Y | Rate Category | Citizens HO3 $500 Rate | Est Citizens $500 A&B Rate | ZCS Proposed Minimum $500 Base Rate | ZCS Proposed Minimum $1,000 Base Rate | ZCS % Over Cit HO3 | ZCS % Over Cit A&B | 3-Digit Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Miami-Dade | Coral Gables | 33124 | Y | Y | $ 4.24 | $ 3.39 | $ 5.09 | $ 4.58 | 20.0% | 50.1% | 331 |
| Miami-Dade | Miami | 33125 | Y | Miami | $ 3.05 | $ 2.44 | $ 3.66 | $ 3.29 | 20.0% | 50.0% | 331 |
| Miami-Dade | Blue Lagoon | 33126 | Y | Y | $ 4.24 | $ 3.39 | $ 5.09 | $ 4.58 | 20.0% | 50.1% | 331 |
| Miami-Dade | Miami | 33127 | Y | Miami | $ 3.05 | $ 2.44 | $ 3.66 | $ 3.29 | 20.0% | 50.0% | 331 |
| Miami-Dade | Miami | 33128 | Y | Miami | $ 3.05 | $ 2.44 | $ 3.66 | $ 3.29 | 20.0% | 50.0% | 331 |
| Miami-Dade | Miami | 33129 | Y | Miami | $ 3.05 | $ 2.44 | $ 3.66 | $ 3.29 | 20.0% | 50.0% | 331 |
| Miami-Dade | Miami | 33130 | Y | Miami | $ 3.05 | $ 2.44 | $ 3.66 | $ 3.29 | 20.0% | 50.0% | 331 |
| Miami-Dade | Miami | 33131 | Y | Miami | $ 3.05 | $ 2.44 | $ 3.66 | $ 3.29 | 20.0% | 50.0% | 331 |

# COMMONALITY

## WELLS FARGO'S OWN DOCUMENT AFTER THE AMERICAN BANKER ARTICLE

- Contact QBE leadership (premium pricing in unregulated states is unacceptable, requires immediate address, significant quality/ oversight concerns based on loan cited in AB article and the issue found by Escrow team.)

- Recommend bringing current LPI premiums down to 1.9x level at minimum



# COMMONALITY

**From:** Northagen, Mike L
**Sent:** Wednesday, December 08, 2010 12:36 PM
**To:** Franske, Dave M.; Arntson, Lorrie J.
**Cc:** Bremer, Andrew R.
**Subject:** RE: LP question -- Can we Pay the Voluntary LP in lieu of LP?

What would be required to support a LP business model that provides underwriting criteria to vendors that allows them to uw individual propreties in order to have a premium that reflects more accurate risk of the insured property?

While the premiums might actuarially be more accurate, I think it would complicate our lives and lead to yet additional risk.

*Dave Franske*
Wells Fargo Flood Services
Wells Fargo Insurance, Inc

# COMMONALITY

**From:** Northagen, Mike L
**Sent:** Thursday, December 09, 2010 10:22 AM
**To:** Porter, Alton
**Subject:** LP Insurance: Underwriting Criteria?

We could ask vendors to accept a higher loss ratio, meaning they would not increase premiums on borrowers that did not qualify for a credit, but I suspect vendors would not be receptive to this as it would cut into their margins.



# ORDERS ON MOTIONS TO DISMISS

## 1. Breach of Implied Covenant of Good Faith

- Defendants manipulate FPI process to maximize profits, must perform contract practices in "good faith"

- Whether WFB is owner, servicer or both is irrelevant, all based upon the contract

- Not require individualized analysis, focus is on Defendants' conduct (commonality)

# 2. Unjust Enrichment

- Manipulation of the FPI process to maximize profits

- Not require individualized analysis, focus is on Defendants' conduct (commonality)

# ORDERS ON MOTIONS TO DISMISS

## 3. Tortious Interference with Business Relations

- QBE acted in bad faith in charging excessive and unwarranted fees when paying/receiving improper commissions and kick backs to obtain exclusive arrangement with WFB

- Not require individualized analysis, focus is on Defendants' conduct (commonality)

# THE LAW

## In re Checking Account Overdraft Litigation, (S.D. Fla. 2011)

- "[I]t is not the case that the individual Plaintiffs' and class members' subjective expectations are necessary to prove their claims. To the contrary, breach of the duty good faith and fair dealing may be shown by class-wide evidence of a defendant's subjective bad faith or objectively unreasonable conduct."  P.11

- "The common issues of law and fact in this case include whether [Defendant] manipulated and re-ordered transactions in order to increase the number of overdraft fees imposed; …."  P.4

- "So, too, with Plaintiffs' unjust enrichment claims—courts often certify unjust enrichment claims because 'common questions predominate' and are 'all easily resolved class wide.'"  P.11

# THE LAW

## County of Monroe, Fla. v. Priceline.com, Inc., (S.D. Fla. 2010)

- "Defendants business operations are the same as to all members of the putative class" and stating that "the Eleventh Circuit's underlying concern is that unjust enrichment claims typically require individualized inquiries into the equities of each class member's interaction with each defendant."

# PLAINTIFFS' EXPERT: BIRNY BIRNBAUM

- Qualified as expert in multiple cases, consulted for Federal Trade Commission and numerous state insurance regulators on the type of insurance at issue

- 20 years of experience with these products

- Published reports, given testimony on FPI – including to Congress – appointed to Federal Advisory Committee on Insurance

- Proffered two accepted methods for assessing credit-related insurance rates and damages: the component rating methodology and the loss ratio methodology

- Provided a full day of deposition regarding his two extensive reports supporting certification

- Defendants' expert provides his own class wide conclusion

# RULE 23

1. NUMEROSITY
2. ADEQUACY
3. TYPICALITY
4. COMMONALITY

5. **PREDOMINANCE**

# PREDOMINANCE

Do the common issues to the class predominate over individual issues?  Yes

- Uniform FPI system with no individual underwriting ever performed on rates

- Calculating individual damages does not defeat certification

# PLAN FORWARD

1. *TRIAL DATE: JULY 30TH*

2. *MIGHT NEED TO REVISE FEW PRETRIAL DEADLINES (FINAL EXPERT REPORT FOR TRIAL)*

3. *NOTICE CAN BE IMMEDIATELY SERVED ON CLASS FROM DEFENDANTS' OWN RECORDS*

4. *PLAINTIFFS' DISCOVERY ALREADY SERVED, WE WILL BE READY FOR TRIAL*

# PROPOSED CLASS

All borrowers that had mortgages with and/or serviced by Wells Fargo Bank, on property located within the State of Florida, that were charged premiums for a force-placed insurance policy within the applicable statute of limitations through April 7, 2011 (the "Class Period").

## Defendants Opposition

- Recent production on Florida premiums (40%)
- Based upon differences in 50 state law
- Rates set differently in other states