# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 10, 2012

Christopher N. Bellows
Holland & Knight, LLP
701 BRICKELL AVE STE 3000
MIAMI, FL 33131-2898

Rodolfo Sorondo Jr.
Holland & Knight, LLP
701 BRICKELL AVE STE 3000
MIAMI, FL 33131-2898

Appeal Number: 12-90006-A
Case Style: QBE Specialty Insurance Compan, et al v. Migdaliah Juarez, et al
District Court Docket No: 1:11-cv-21233-RNS

The enclosed order has been entered. No further action will be taken in this matter.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Denise E. O'Guin, A
Phone #: (404) 335-6188

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 12-90006-A

QBE SPECIALTY INSURANCE COMPANY,
STERLING NATIONAL INSURANCE AGENCY, INC.,
a.k.a. QBE FIRST NATIONAL INSURANCE AGENCY, INC.,

                Petitioners,

versus

RAY WILLIAMS, individually,
LUIS JUAREZ, individually,
MIGDALIAH JUAREZ,
on behalf of themselves and all others
similarly situated,

                Respondents.

Appeal from the United States District Court
for the Southern District of Florida

Before **TJOFLAT, MARCUS and WILSON, Circuit Judges.**

BY THE COURT:

The Petition for Permission to Appeal pursuant to Federal Rule of Civil Procedure 23(f) is DENIED.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 1 0 2012
JOHN LEY
CLERK