# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 10, 2012

D. Matthew Allen
Carlton Fields, PA
PO BOX 3239
TAMPA, FL 33601-3239

E. Kelly Bittick Jr.
Carlton Fields, PA
PO BOX 3239
TAMPA, FL 33601-3239

David B. Esau
Carlton Fields, PA
525 OKEECHOBEE BLVD STE 1200
WEST PALM BEACH, FL 33401-6350

Joseph H. Lang Jr.
Carlton Fields, PA
PO BOX 3239
TAMPA, FL 33601-3239

Michael K. Winston
Carlton Fields, PA
525 OKEECHOBEE BLVD STE 1200
WEST PALM BEACH, FL 33401-6350

Appeal Number: 12-90007-A
Case Style: Wells Fargo Bank, N.A., et al v. Ray Williams, et al
District Court Docket No: 1:11-cv-21233-RNS

The enclosed order has been entered. No further action will be taken in this matter.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Denise E. O'Guin, A
Phone #: (404) 335-6188

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 12-90007-A

WELLS FARGO BANK, N.A.,
WELLS FARGO INSURANCE,

Petitioners,

versus

RAY WILLIAMS, individually,
LUIS JUAREZ, individually,
MIGDALIAH JUAREZ,
on behalf of themselves and all others
similarly situated,

Respondents.

Appeal from the United States District Court
for the Southern District of Florida

Before **TJOFLAT, MARCUS and WILSON, Circuit Judges.**

BY THE COURT:

The Petition for Permission to Appeal pursuant to Federal Rule of Civil Procedure 23(f) is Denied.

The Motion for Leave to File Reply in support of Petition for Permission to Appeal pursuant to Federal Rule of Civil Procedure 23(f) is Denied.