UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:11-CV-21233-SCOLA/TURNOFF**

RAY WILLIAMS; LUIS JUAREZ; and
MIGDALIAH JUAREZ; on behalf of themselves
and all others similarly situated;

   Plaintiffs,

v.

WELLS FARGO BANK, N.A.;
WELLS FARGO INSURANCE, INC.;
QBE SPECIALTY INSURANCE COMPANY;
and STERLING NATIONAL INSURANCE
AGENCY, INC. (n/k/a QBE FIRST
INSURANCE AGENCY, INC.)

   Defendants.
_____/

## NOTICE OF SETTLEMENT

  Plaintiffs and Defendants, through their respective undersigned counsel, hereby notify the Court that on March 22, 2013, they executed a Settlement Term Sheet evidencing an agreement in principle which will resolve all claims brought against Defendants in this litigation. The proposed settlement will be memorialized in a complete written settlement agreement and related documents, which the parties will endeavor to file with the Court as part of a motion for preliminary approval within approximately fourteen (14) days.

  Based on the foregoing, the parties respectfully request that all current deadlines set forth in the Court's Second Amended Scheduling Order [**DE # 261**] be suspended pending the filing of the proposed Settlement Agreement.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| s/ Lance A. Harke | s/ Michael K. Winston |
| Lance A. Harke, P.A. | Michael Keith Winston, Esq. |
| Florida Bar No. 863599 | mwinston@carltonfields.com |
| lharke@harkeclasby.com | David B. Esau, Esq. |
| Sarah Clasby Engel, P.A. | desau@carltonfields.com |
| Florida Bar No. 991030 | **CARLTON FIELDS PA** |
| sengel@harkeclasby.com | CityPlace Tower, Suite 1200 |
| Howard M. Bushman, P.A. | 525 Okeechobee Boulevard |
| Florida Bar No. 0364230 | West Palm Beach, FL 33401 |
| hbushman@harkeclasby.com | Tel: 561-659-7070 |
| **HARKE CLASBY & BUSHMAN LLP** | Fax: 561-659-7368 |
| 9699 NE Second Avenue | |
| Miami Shores, Florida 33138 | *Counsel for Defendants Wells Fargo Bank,* |
| Telephone: (305) 536-8220 | *N.A., and Wells Fargo Insurance* |
| Telecopier: (305) 536-8229 | |
| Adam M. Moskowitz, Esq. | Mark D. Lonergan, Esq. |
| Florida Bar No. 984280 | Admitted Pro Hac Vice |
| Thomas A. Tucker Ronzetti, Esq. | mdl@severson.com |
| Florida Bar No. 965723 | SEVERSON & WERSON |
| Robert J. Neary, Esq. | A Professional Corporation |
| Florida Bar No. 0081712 | One Embarcadero Center, Suite 2600 |
| **KOZYAK TROPIN & THROCKMORTON, P.A.** | San Francisco, California 94111 |
| | Telephone: (415) 398-3344 |
| 2525 Ponce de Leon, 9th Floor | Facsimile: (415) 956-0439 |
| Coral Gables, Florida 33134 | *Counsel for The Wells Fargo Defendants* |
| Tel.: 305-372-1800/Fax: 305-372-3508 | |
| Jeffrey N. Golant Esq. | |
| 1000 W. McNab Rd. Ste. 150 | |
| Pompano Beach, FL 33069 | |
| Tel: (954) 942-5270/Fax: (954) 942-5272 | |
| Chip Merlin, Esq. | |
| **MERLIN LAW GROUP** | |
| 777 S. Harbour Island Blvd. | |
| Tampa, FL 33602 | |
| Tel: (813) 229-1000/Fax: (813) 229-3692 | |
| *Counsel for Plaintiffs and the Class* | |

CASE NO. 1:11-CV-21233-SCOLA/BANDSTRA

s/ Brian W. Toth
Brian W. Toth
Florida Bar No. 57708
brian.toth@hklaw.com
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Telephone: (305) 789-7510
Facsimile: (305) 789-7799

William N. Shepherd
Florida Bar No. 88668
william.shepherd@hklaw.com
**HOLLAND & KNIGHT LLP**
222 Lakeview Avenue, Suite 1000
West Palm Beach, FL 33401
Telephone: (561) 650-8338
Facsimile: (561) 650-1608
*Counsel for Defendants QBE Specialty Insurance Company and QBE FIRST Insurance Agency, Inc. (f/k/a Sterling National Insurance Agency, Inc.)*

Andrew L. Sandler (*pro hac vice*)
asandler@buckleysandler.com
Robyn C. Quattrone (*pro hac vice*)
rquattrone@buckleysandler.com
Jennifer A. Slagle Peck (*pro hac vice*)
jslaglepeck@buckleysandler.com
Katherine Halliday (*pro hac vice*)
khalliday@buckleysandler.com
**BUCKLEYSANDLER LLP**
1250 24th Street, NW, Suite 700
Washington, DC 20037
Telephone: (202) 349-8000
Facsimile: (202) 349-8080

*Counsel for Defendants QBE Specialty Insurance Company and QBE FIRST Insurance Agency, Inc. (f/k/a Sterling National Insurance Agency, Inc.)*

CASE NO. 1:11-CV-21233-SCOLA/BANDSTRA

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of March, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing documents is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

*s/ Lance A. Harke*