UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:11-CV-21233-SCOLA

RAY WILLIAMS, *et al.*,

    Plaintiffs,

v.                                                **CLASS ACTION**

WELLS FARGO BANK, N.A. *et al.*,

    Defendants.
_____/

### ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

IT IS ORDERED that a hearing on the Plaintiffs' Motion For Preliminary Approval of Settlement (ECF No. 348) is set for a hearing on **June 6, 2013 at 9:00 a.m.** at the Wilkie D. Ferguson, Jr. Federal Courthouse, Courtroom 12-3, 400 North Miami Avenue, Miami, Florida 33128.  The purpose of this hearing is to discuss the Court's concerns relating to the proposed *Notice to Class Members* and the proposed *Claim Form*.  The Court has reserved twenty minutes for this hearing.

**DONE and ORDERED** in chambers, at Miami, Florida, on May 22, 2013.

                                                        ROBERT N. SCOLA, JR.
                                                    UNITED STATES DISTRICT JUDGE