UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:11-cv-21233-RNS

RAY WILLIAMS; LUIS JUAREZ; and
MIGDALIAH JUAREZ; on behalf of
themselves and all others similarly situated;

Plaintiffs,

v.

WELLS FARGO BANK, N.A.; WELLS
FARGO INSURANCE, INC.; QBE
SPECIALTY INSURANCE COMPANY;
and STERLING NATIONAL INSURANCE
AGENCY, INC. (n/k/a QBE FIRST
INSURANCE AGENCY, INC.)

Defendants.

## ORDER GRANTING UNOPPOSED MOTION
## TO AMEND JUDGMENT NUNC PRO TUNC

Pursuant to the parties' October 1, 2013 unopposed motion to amend the Order Approving Class Settlement, Class Counsels' Fees, and Expenses, and For Entry of Final Judgment and Dismissal (the "Judgment"), the Judgment is hereby deemed to be amended *nunc pro tunc* to include the following provisions:

- By operation of the entry of the Judgment, as of the Effective Date, Plaintiffs and the Settlement Class are deemed conclusively to have fully, finally, and forever released, relinquished, and discharged the Released Parties from any and all Released Claims and any and all claims, arising out of, relating to, or in connection with the initiation, litigation, prosecution, resolution, or dismissal of the Action;

- Plaintiffs and all Settlement Class Members are barred and permanently enjoined from prosecuting any and all Released Claims against the Released parties;

- By operation of the entry of the Judgment, as of the Effective Date, Defendants are deemed to have fully, finally and forever released, relinquished and discharged

the Plaintiffs, and the Class Counsel, both individually and on behalf of their respective firms, from any and all Released Claims and any and all claims, arising out of, relating to, or in connection with the initiation, litigation, prosecution, resolution, or dismissal of the Action;

- Notwithstanding the foregoing, nothing contained in this Judgment shall be deemed a release by the Parties from their respective rights and obligations under the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: October 3, 2013

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**